1  Jeffrey R. Epp (SBN 123565)
   ESCONDIDO CITY ATTORNEY
2  City of Escondido
   201 North Broadway
3  Escondido, CA 92025
   Telephone: (760) 839-4609
4  Facsimile: (760) 741-7541

5  Donald R Lincoln (SBN 41672)
   Henry E. Heater (SBN 99007)
6  ENDEMAN, LINCOLN, TUREK & HEATER LLP
   600 B Street, Suite 2400
7  San Diego, CA 92101
   Telephone: (619) 544-0123
8  Facsimile: (619) 544-9110

9  Christopher Garrett (SBN 100764)
   LATHAM & WATKINS LLP
10 600 West Broadway, Suite 1800
   San Diego, CA 92101
11 Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
12
   Attorneys for Defendant
13 City of Escondido

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY and MARY GARRETT; ESCONDIDO HUMAN RIGHTS COMMITTEE; JANE DOE 1; JANE DOE 2,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO,<br><br>Defendant. | Case No. 06 CV 2434 JAH (NLS)<br><br>**E-FILING**<br><br>Date Action Filed: November 3, 2006<br>Trial Date: None Set |

**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**

IT IS HEREBY STIPULATED between the parties through their respective counsel that Final Judgment in the form set forth in Attachment A to this stipulation shall be entered by the Court in this action. The parties hereby waive any requirement for a more specific or detailed order which may be imposed by Fed. R. Civ. P. 65(d), other statutory authority, or common law. This stipulated judgment is not an admission or finding of liability and shall not constitute a final determination on the merits of any issue. Nor shall this judgment have any res judicata, collateral estoppel, or preclusive effect as to any third party claim, action or proceeding. The undersigned represent and covenant that they have been duly authorized to execute this Agreement on behalf of their respective clients and that such execution is made within the course and scope of their respective representation and/or employment. The City has authorized its representatives to enter into and execute this Stipulation on behalf of the City.

Dated: 12/14/2006

ENDEMAN, LINCOLN, TUREK & HEATER LLP
Donald R. Lincoln
Henry E. Heater

ESCONDIDO CITY ATTORNEY
Jeffrey R. Epp

LATHAM & WATKINS LLP
Christopher Garrett

By: _____
Christopher W. Garrett
Attorneys for Defendant
City of Escondido

///
///
///
///
///
///
///

SD\565463.1

1

Case No. 06CV 2434 JAH (NLS)
Stipulated Final Judgment
And Permanent Injunction

| | |
|---|---|
| Dated: December 13, 2006 | ROSNER & MANSFIELD, LLP<br>Hallen D. Rosner<br>Alan M. Mansfield<br>Virginia Y. Calderon<br><br>COOLEY GODWARD KRONISH LLP<br>Philip Tencer<br>Michael Levinson<br><br>By: /s/ Alan M. Mansfield<br>　　Alan M. Mansfield<br><br>David Blair-Loy<br>ACLU FOUNDATION OF SAN DIEGO<br>& IMPERIAL COUNTIES<br><br>Omar C. Jadwat, Esq.<br>Jennifer C. Chang, Esq.<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION IMMIGRANTS' RIGHTS<br>PROJECT<br><br>Cynthia Valenzuela<br>MEXICAN-AMERICAN LEGAL DEFENSE<br>& EDUCATIONAL FUND (MALDEF)<br><br>David Kline<br>THE FAIR HOUSING COUNCIL OF SAN DIEGO<br><br>Elliott Mincberg<br>PEOPLE FOR THE AMERICAN WAY<br><br>Christopher Brancart<br>BRANCART & BRANCART<br>Attorney for Plaintiffs<br>ROY and MARY GARRETT, et al. |